# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **PAUL CHRISTOPHER MYERS,** | ) |
| **Petitioner,** | ) |
| vs. | ) Case No. 2:12-CV-00959-CLS-TMP |
| **ERIC HOLDER,** *et al.*, | ) |
| **Respondents.** | ) |

## ORDER

On May 25, 2012, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be denied and dismissed. To date, no objections have been filed by either party.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is DENIED and DISMISSED with prejudice.

DONE and ORDERED this 5th day of July, 2012.

                                                              _____
                                                              United States District Judge